*Rule 5*

AO 470 (8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FEB   7 2017

James N. Hatten, Clerk
By:.
        Deputy Clerk

UNITED STATES OF AMERICA,

vs.

CUREL TAYLOR REILLY

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

CASE NO: 1:17-MJ-0081-LTW

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1]

2/10/2017 at 10:00 a.m., before United States Magistrate Judge  LINDA T. WALKER, U.S.

Courthouse, Richard B. Russell Building, 18TH Floor, Courtroom 1860, 75 Ted Turner Dr.,

S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States

Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 7TH day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]  If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. 3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.

4

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearing

# UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 7 2017

James N. Hatten, Clerk

Deputy Clerk

___NORTHERN___   DISTRICT OF   ___GEORGIA___

UNITED STATES OF AMERICA

v.

___CUREL TAYLOR REILLY___

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: _____

CHARGING DISTRICTS  4:16-CR-353 1:17-MJ-081-
CASE NUMBER:     ___LTW___

I understand that charges are pending in the   ___SOUTHERN___ District of   ___GEORGIA___

alleging violation of _____21:846_____ and that I have been arrested in this district and

(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)     Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

(   ) preliminary hearing

(   ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

___02/07/2017___
Date

_____
Defense Counsel

3

**MAGISTRATE'S CRIMINAL MINUTES—REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT

DATE: 02/7/2017 @ 2:16 PM

TAPE: FTR

TIME IN COURT: 10 minutes

| | |
|---|---|
| MAGISTRATE JUDGE   LINDA T. WALKER | COURTROOM DEPUTY CLERK:   Sonya Coggins |
| CASE NUMBER:   1:17-MJ-0081-LTW | DEFENDANT'S NAME:   Curel Taylor Reilly |
| AUSA:   Mary Roemer | DEFENDANT'S ATTY:   Allison Dawson |
| USPO / PTR: | ( ) Retained    ( ) CJA    (X ) FDP    ( ) Waived |

_____ ARREST DATE _____

X   Initial appearance hearing held.                    X   Defendant informed of rights.

_____ Interpreter sworn: _____

## COUNSEL

X   ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

X   Defendant WAIVES identity hearing.                    X   WAIVER FILED

_____ Identity hearing HELD.      Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.      _____ WAIVER FILED

_____ Preliminary hearing HELD.   _____ Probable cause found; def. held to District Court for removal to other district

x   TEMPORARY Commitment issued.

### BOND/PRETRIAL DETENTION HEARING

X   Government ORALLY motioned for detention.      02/10/2017 @ 10:00am

_____ Pretrial hearing set for _____ @ _____   () In charging district.)

_____ Bond/Pretrial detention hearing held.

_____ Government motion for detention  ( ) GRANTED    ( ) DENIED

_____ Pretrial detention ordered.      Written order to follow.

_____ BOND set at _____   NON-SURETY _____   SURETY

_____ cash _____   property _____   corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____ Bond filed.  Defendant released.

_____ Bond not executed.   Defendant to remain in Marshal's custody.

_____ Motion   (      verbal)   to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond _____ GRANTED   _____ DENIED

_____ See page 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB   7 2017

James N. Hatten, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CUREL TAYLOR REILLY,

Defendant.

CASE NO. 1:17-MJ-081-LTW

## ORDER APPOINTING COUNSEL

### ALLISON DAWSON

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 7TH day of February, 2017.

UNITED STATES MAGISTRATE JUDGE

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT

DATE: 2/10/17    @    10:13 a.m.

FTR: _____ @ _____

TIME IN COURT: **51 minutes**

| | |
|---|---|
| MAGISTRATE JUDGE    JUSTIN S. ANAND | COURTROOM DEPUTY CLERK:   B. Graves |
| CASE NUMBER:    1:17-MJ-081 | DEFENDANT'S NAME:   Curel Taylor Reilly |
| AUSA:    Mary Roemer | DEFENDANT'S ATTY:   Allison Dawson |
| USPO / PTR:   Travis Buehrer | ( ) Retained    ( ) CJA    ( X ) FDP    ( ) Waived |

_____ ARREST DATE _____

_____ Initial appearance hearing held.        _____ Defendant informed of rights.

_____ Interpreter sworn: _____

### COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

_____ Defendant WAIVES identity hearing.        _____ WAIVER FILED

_____ Identity hearing HELD.    Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.        _____ WAIVER FILED

_____ Preliminary hearing HELD.    _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued.

### BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed. Pretrial hearing set for _____ @ _____

_____ Pretrial hearing set for _____ @ _____   (    In charging district.)

**X**   Pretrial detention hearing held.

_____ Government motion for detention   ( ) GRANTED    ( ) DENIED

_____ Pretrial detention ordered.     Written order to follow.

**X**   BOND set at   $50,000    **X**   NON-SURETY    _____ SURETY

_____ cash      _____ property      _____ corporate surety ONLY

**X**   SPECIAL CONDITIONS:    No contact with husband, co-defendant Deshawn Binah Reilly.

**X**   Bond filed. Defendant released.

_____ Bond not executed.   Defendant to remain in Marshal's custody.

_____ Motion    (    verbal)    to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond    _____ GRANTED     _____ DENIED

_____ See page 2

✎AO 98A     (12/03) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

# UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
U.S.D.C. - Atlanta

_____NORTHERN_____ District of _____GEORGIA_____

FEB 1 0 2017

JAMES N. HATTEN, Clerk

By: _____  Deputy Clerk

UNITED STATES OF AMERICA
V.

## APPEARANCE AND COMPLIANCE BOND

_____CUREL TAYLOR REILLY_____
Defendant

Case Number:   1:17-mj-81

⌒Non-surety:  I, the undersigned defendant acknowledge that I and my . . .
   Surety:  We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 5,000.00 _____ , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant,   _Curel Taylor Reilly_
(Name)
is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with
any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of
a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to
which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by
the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying
any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall
continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this
bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the
amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any
United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is
forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States
District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and
execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws
of the United States.

This bond is signed on February 10, 2017 at   75 Ted Turner Drive, S. W. Atlanta, GA 30303
                                    (Date)                              Place

Defendant _Curel Reilly_          Address _7873 Heathmore Drive_

Surety _____          Address _Fairburn Ga · 30213_

Surety _____          Address _____

Signed and acknowledged before me     3/10/17
                                        Date

Approved _____
              Judge Officer

_____  ~~Judge/Clerk~~

✎AO 199A   (Rev. 6/97) Order Setting Conditions of Release                                          Page 1 of ___3___ Pages

FILED IN OPEN COURT
U.S.D.C. - Atlanta

**FEB 1 0 2017**

# UNITED STATES DISTRICT COURT

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

| NORTHERN | District of | GEORGIA |
|---|---|---|

United States of America

V.

## ORDER SETTING CONDITIONS
## OF RELEASE

Curel Taylor Reilly

Defendant

Case Number:   1:17-mj-081

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)        The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)        The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3)        The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall appear at (if blank, to be notified) _____

Place

_____ on _____

Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4)   The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✔ ) (5)   The defendant executes an unsecured bond binding the defendant to pay the United States the sum of Fifty - Thousand _____ dollars ($ 50,000.00 ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL     SERVICES     U.S. ATTORNEY     U.S. MARSHAL

AO 199B

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(   ) (7)   The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____

*Custodian or Proxy*       *Date*

( X ) (8)   The defendant must:

( X ) (a)   report to   ( X ) U.S. Pretrial Svcs.;   (   )   U.S. Probation Office; Suite. 900 U.S. Courthouse, 404-215-1900/1950
    ( X ) before leaving the Courthouse;   (   ) within _____ hours of release from custody, or
    (   ) no later than: _____. Defendant shall follow all instructions of the supervising officer.

( X ) (b)   execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
_____

(   ) (c)   post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum
_____

(   ) (d)   execute a bail bond with solvent sureties in the amount of $ _____.

( X ) (e)   maintain or actively seek lawful, verifiable employment.

(   ) (f)   maintain or commence an education program.

( X ) (g)   surrender any passport to: ( ✕ ) Pretrial Services   (   )   Probation

( X ) (h)   not obtain or possess a passport or other travel documents in your name, another name or on behalf of third persons, including minor children.

( X ) (i)   abide by the following restrictions on personal association, place of abode, or travel:   Do not change your address, telephone number or place of
employment without prior permission of your pretrial services/probation supervisor.

( ✕ ) (j)   avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or
prosecution, including but not limited to: _____

(   ) (k)   undergo medical or psychiatric treatment: _____
_____

(   ) (l)   return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment,
schooling, or the following purpose(s): _____

(   ) (m)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary, and
abide by the rules and regulations of said facility.

( X ) (n)   not possess a firearm, destructive device, or other dangerous weapons or ammunition.

( X ) (o)   refrain from   (   ) any ( ✕ ) excessive use of alcohol.

( X ) (p)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a licensed medical
practitioner.

( X ) (q)   submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any
testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency
and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

( ✕ ) (r)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services or supervising officer considers it
advisable.

( ✕ ) (s)   participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising
officer instructs.
    ( ✕ ) (i) Curfew. You are restricted to your residence every day   (   ) from _____ to _____ , or   ((   ) as directed by the pretrial
services office or supervising officer; or
    (   ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse,
or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services
office or supervising officer; or
    (   ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities
specifically approved by the court.

(   ) (t)   submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or
supervising officer related to the proper operation of the technology.
    (   )   The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services or supervising officer
determines.
    (   ) (i) Location monitoring technology as directed by the pretrial services or supervising officer;
    (   ) (ii) Radio Frequency (RF) monitoring;
    (   ) (iii) Passive Global Positioning Satellite (GPS) monitoring;
    (   ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
    (   ) (v) Voice Recognition monitoring.

( X ) (u)   report within 72 hours to the pretrial services office or any supervision officer any contact with law enforcement personnel, including but not
limited to any arrest, questioning or traffic stop.

( X ) (v)   not travel outside the Northern District of Georgia without prior permission from your supervising Pretrial/Probation officer.

( X ) (w)   My release shall be supervised by the USPS Officer and I shall follow the instructions of my supervising officer.

AO 199C    (Rev.12/03) Advice of Penalties . . .                                                  Page ___3___ of _3_ _____ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

7873 Heathmore Drive
Address

Fairburn GA  30213   404 790-5124
City and State          Telephone

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: ___2 / 10 / 2017_____          _____
                                                                        Signature of Judicial Officer

                                                  JUSTIN S. ANAND, U. S. MAGISTRATE JUDGE
                                                  Name and Title of Judicial Officer

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

CM/ECF-GA Northern District Court

https://ecf.gand.circ11.dcn/cgi-bin/DktRpt.pl?877179697183877-L_1_0-1

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:17-mj-00081-LTW All Defendants
## Internal Use Only

Case title: USA v. Reilly
Other court case number: 4:16cr353-1 USDC, Southern District of Georgia

Date Filed: 02/07/2017
Date Terminated: 02/10/2017

Assigned to: Magistrate Judge Linda T. Walker

### Defendant (1)

**Curel Taylor Reilly**
*TERMINATED: 02/10/2017*

represented by  **Allison Cobham Dawson**
Federal Defender Program Inc.-Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: allison_dawson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or
Community Defender Appointment

### Pending Counts

None

**Disposition**

### Highest Offense Level (Opening)

None

### Terminated Counts

None

**Disposition**

### Highest Offense Level (Terminated)

None

### Complaints

21:846 CONSPIRACY TO DISTRIBUTE
MARIJUANA; 18:1956(h) & 2
CONSPIRACY TO LAUNDER

**Disposition**

1 of 3

2/13/2017 9:11 AM

## MONETARY INSTRUMENTS

**Plaintiff**
**USA**

represented by **Mary Christine Roemer**
U.S. Department of Justice-GA
Office of the United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
404-581-6000
Email: mary.roemer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2017 | | Arrest (Rule 40) of Curel Taylor Reilly. (bdb) (Entered: 02/09/2017) |
| 02/07/2017 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Allison Dawson as to Curel Taylor Reilly. Signed by Magistrate Judge Linda T. Walker on 2/7/2017. (bdb) (Entered: 02/09/2017) |
| 02/07/2017 | 2 | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker as to Curel Taylor Reilly: Initial Appearance in Rule 5(c)(3) Proceedings held on 2/7/2017. Defendant WAIVES identity hearing. Waiver Filed. Government's Oral Motion for Detention. Detention hearing set for 2/10/2017 at 10:00 a.m. (Tape #FTR) (bdb) (Entered: 02/09/2017) |
| 02/07/2017 | | ORAL MOTION for Detention by USA as to Curel Taylor Reilly. (bdb) (Entered: 02/09/2017) |
| 02/07/2017 | 3 | WAIVER of Identity Hearing by Curel Taylor Reilly. (bdb) (Entered: 02/09/2017) |
| 02/07/2017 | 4 | Order of Temporary Detention pursuant to Bail Reform Act by Judge Linda T. Walker as to Curel Taylor Reilly. Detention Hearing set for 2/10/2017 at 10:00 AM in ATLA Courtroom 1860 before Magistrate Judge Linda T. Walker. (bdb) (Entered: 02/09/2017) |
| 02/10/2017 | 5 | Minute Entry for proceedings held before Magistrate Judge Justin S. Anand as to Curel Taylor Reilly: Bond Hearing. Non-Surety Bond set at $50,000.00. No contact with husband, co-defendant Deshawn Binah Reilly. Bond filed. Defendant released. (Tape #FTR) (bdb) (Entered: 02/13/2017) |
| 02/10/2017 | 6 | Non-Surety Bond on Rule 5(c)(3) Entered as to Curel Taylor Reilly in amount of $50,000.00. (bdb) (Entered: 02/13/2017) |
| 02/10/2017 | 7 | ORDER Setting Conditions of Release as to Curel Taylor Reilly. Signed by Magistrate Judge Justin S. Anand on 2/10/2017. (bdb) (Entered: 02/13/2017) |
| 02/10/2017 | | Magistrate Case Closed. Defendant Curel Taylor Reilly terminated. (bdb) (Entered: 02/13/2017) |

| 02/13/2017 | Transmittal of Rule 5(c)(3) Documents as to Curel Taylor Reilly, sent to USDC, Southern District of Georgia via electronic mail. Original case file with Bond and docket sheet. (bdb) (Entered: 02/13/2017) |