IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR416-353
)
CUREL TAYLOR REILLY, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant Curel Taylor Reilly's Motion to Adopt Motions of Other Defendants. (Doc. 136.) However, this Court's review of the record and defense counsel's representations indicate that there are no longer any pending motions to adopt. Therefore, Defendant's motion is **DISMISSED AS MOOT**.

SO ORDERED this 2nd day of November 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
_____M
11/2  20
_____
Deputy Clerk